USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

RICHARD VIET NGUYEN,

                Defendant.

22-cr-508 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from the Government filed on February 6, 2023.  [ECF No. 23.]  The request to adjourn the February 14, 2023 Status Conference is GRANTED.  The February 14, 2023 Status Conference is ADJOURNED to April 11, 2023 at 2:00 PM.

    On the application of the Government, it is HEREBY ORDERED that, in the interest of justice, all time from today to April 11, 2023 is excluded under the Speedy Trial Act.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for the Government to identify victims for the charged offense and determine the appropriate amount of restitution, and for the parties to engage in discussions concerning a possible pretrial disposition of this matter.  The Defendant consents to the exclusion of time.  [ECF No. 23.]

    The Clerk of Court is respectfully requested to terminate docket entry 23.

**SO ORDERED.**

**Date: February 7, 2023**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**