```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

RICHARD VIET NGUYEN,

              Defendant.

22-cr-508 (MKV)

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from the Government filed on April 28, 2023. [ECF No. 27.] The request to adjourn the May 2, 2023 Status Conference is GRANTED. The May 2, 2023 Status Conference is ADJOURNED and will be converted to a Change of Plea Hearing on May 30, 2023 at 2:00 PM.

    On the application of the Government, it is HEREBY ORDERED that, in the interest of justice, all time from today to May 30, 2023 is excluded under the Speedy Trial Act. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for the Defendant to consider the Government's plea offer and for the parties to finalize the pretrial disposition of this matter. Defendant consents to the exclusion of time. [ECF No. 27.]

    The Clerk of Court is respectfully requested to terminate docket entry 27.

**SO ORDERED.**

**Date:  April 28, 2023**
       **New York, NY**

*Mary Kay Vyskocil*
_____
**MARY KAY VYSKOCIL**
**United States District Judge**