**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 8, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/2023

<u>Via ECF</u>
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  <u>United States v. Richard Nguyen</u>
     22 Cr. 508 (MKV)

Dear Judge Vyskocil,

We write to request a temporary modification to Mr. Nguyen's bail in the above-captioned case, to permit him to travel from May 11 to May 19, 2023 to visit his family in Knoxville, Tennessee.

Mr. Nguyen has a change of plea conference scheduled before the Court on May 30, 2023.  In advance of that court date, he wishes to spend time with his parents and siblings and cousin, who live in Tennessee.  During his trip, he will stay with the family member who co-signed his bond.

I have spoken with Pretrial Services by Officer Jonathan Lettieri, who informed me that Mr. Nguyen has been fully compliant with his bail conditions to date.  Regarding this specific travel request, Pretrial takes no position.  The government by Assistant United States Attorney Edward Robinson defers to Pretrial and therefore, also takes no position.  If this request is approved, Mr. Nguyen will provide all the details of his trip to Officer Lettieri.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Richard Nguyen
212-417-8729

**The requested bail modification is GRANTED on the condition that the Defendant provides his itinerary and contact information to Pretrial Services in advance of his trip and check in with Pretrial Services upon his return.  SO ORDERED.**

Date: 5/9/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge