UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

RICHARD VIET NGUYEN,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/30/2023

22-cr-508 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court scheduled a change of plea hearing in this matter for today, May 30, 2023. The parties have not provided a proposed order of forfeiture, as required by this Court's Individual Rule of Practice in Criminal Cases 4.C, or a proposed order of restitution.

The government is HEREBY DIRECTED to submit to the Court any proposed orders of forfeiture and restitution **no later than one week before the sentencing**, consistent with this Court's Individual Rule of Practice in Criminal Cases 6.D. In addition, the government must promptly advise the Court whether the proposed orders are on consent, so that, if needed, the Court has sufficient time to conduct a hearing pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure before imposing a sentence.

**SO ORDERED.**

**Date:  May 30, 2023**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**