UNITED STATES DICSTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/30/23

UNITED STATES OF AMERICA,

        -against-

RICHARD VIET NGUYEN

        Defendant.

1:22-cr-508 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge

    IT IS HEREBY ORDERED that the defendant be remanded to the custody of the United States Marshal.

SO ORDERED.
May 30, 2023

*Mary Kay Vyskocil*
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE