```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-                                                          1:22-cr-508-MKV

RICHARD VIET NGUYEN,                                               ADJOURNMENT ORDER

                Defendant.

---

MARY KAY VYSKOCIL, United States District Judge:

      IT IS HEREBY ORDERED that the sentencing scheduled for October 3, 2023 is adjourned to October 24, 2023 at 2:00 PM. Any request for an extension or adjournment shall be made by letter filed on ECF and must be received at least 48 hours before the deadline.

**SO ORDERED.**

Date: **September 27, 2023**
      **New York, NY**

                                                                */s/ Mary Kay Vyskocil*
                                                                **MARY KAY VYSKOCIL**
                                                                **United States District Judge**